DEWEY FULLER v. THE STATE.

No. 8755.    Delivered May 20, 1925.

Rape—Affirmed.

No statement of facts nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the District Court of Hill County. Tried below before the Hon. Horton B. Porter, Judge.

Appeal from a conviction of rape; penalty, five years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is rape; punishment fixed at confinement in the penitentiary for a period of five years.

The indictment appears regular. No statement of facts accompanies the record. No complaint of the ruling of the trial court is brought up by bills of exception. No fault has been pointed out or perceived in the procedure.

The judgment is affirmed.

*Affirmed.*